IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | CASE NO. 2:24-cr-00288-MHT |
| ) | (WO) |
| GEORGE HOWARD YULE ) | |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

Pending before the court is the government's motion to amend the preliminary order of forfeiture.

On November 15, 2024, this court entered a preliminary order of forfeiture (Doc. 37) which directed forfeiture of a Taurus, model G2C, 9mm caliber pistol, bearing serial number TMU90417.

On December 17, 2024, the government provided direct notice of the preliminary order of forfeiture to Barry Cliff McDonnell. *See* Process Receipt and Return (Doc. 39). On March 31, 2025, Mr. McDonnell informed the government of his claim of ownership and right of possession to the Taurus, model G2C, 9mm caliber pistol, bearing serial number TMU90417. Mr. McDonnell is the original purchaser of the firearm and is not prohibited from possessing a firearm. The government acknowledges Mr. McDonnell's ownership rights and agrees that it is in the interest of justice to return the firearm to him.

Accordingly, it is, ORDERED that the government's motion to amend (Doc. 46) is granted as follows:

1. The Taurus, model G2C, 9mm caliber pistol, bearing serial number TMU90417 shall be returned to Barry Cliff McDonnell by the Bureau of Alcohol, Tobacco, Firearms and Explosives, Middle District of Alabama.

2. Because no other property is subject to forfeiture in this case, the forfeiture allegation is hereby dismissed from the indictment.

3.  The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

DONE, on this the 8th day of April, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE