IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )    CRIMINAL ACTION NO.
     v.                    )        2:24cr288-MHT
                           )             (WO)
GEORGE HOWARD YULE         )
```

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall ensure that defendant George Howard Yule begins participating in a substance-abuse program approved by the probation department, which may include testing to determine whether he has reverted to the use of drugs. The substance-abuse program shall be in accordance with the recommendations of Dr. Ashlee Zito in her evaluation (Doc. 45-1), including that defendant Yule participate in a program such as Narcotics Anonymous or

a similar program in which he works with a sponsor, or more serious treatment if such a program is not sufficient.

(2) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Yule to receive individual psychotherapy, particularly cognitive behavioral therapy or dialectical behavior therapy, to achieve symptom stability, improve the ongoing use of appropriate coping skills, and assist with maintaining sobriety, in accordance with Dr. Zito's recommendations.

(3) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Yule to receive a thorough psychiatric evaluation to determine whether he would benefit from psychotropic medication for his depressive symptoms or any other mental-health condition and shall

arrange for Yule to receive any recommended treatment, with routine monitoring for effectiveness and compliance.

(4) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Yule is faring on supervision.

(5) The United States Probation Office shall ensure that, prior to beginning assessment or treatment, any professional assessing or treating defendant Yule receives a copy of the psychological evaluation conducted by Dr. Zito (Doc. 45-1) and the presentence investigation report.

DONE, this the 8th day of April, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**